UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PBS, LLC                                                     CIVIL ACTION

VERSUS                                                       NO. 19-13170

GONZALES HOME 2 LODGING, LLC,                 SECTION "R" (3)
AND HAMMOND LODGING, LLC


## ORDER AND REASONS

Before the Court is plaintiff's motion to dismiss defendants' bad faith claim with prejudice.[1] In February, plaintiff moved to dismiss defendants' bad faith counterclaim.[2] On March 11, 2020, the Court granted plaintiff's motion. The Court dismissed defendants' bad faith counterclaim without prejudice, and granted defendants leave to file an amended counterclaim within twenty-one days.[3] Defendants did not file an amended counterclaim. Plaintiff now moves to dismiss defendants' bad faith counterclaim with prejudice.[4] Defendants do not oppose plaintiff's motion.[5] The Court

---

[1]    R. Doc. 23.
[2]    R. Doc. 14.
[3]    R. Doc. 21.
[4]    R. Doc. 23.
[5]    R. Doc. 24.

therefore GRANTS plaintiff's motion, and dismisses defendants' bad faith counterclaim WITH PREJUDICE.


New Orleans, Louisiana, this ___13th___ day of April, 2020.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE